JAMES LINVILLE BROWN, PLAINTIFF-EMPLOYEE v. WALNUT COVE VOLUN-
TEER FIRE DEPARTMENT, DEFENDANT-EMPLOYER, AND NATIONWIDE
MUTUAL INSURANCE COMPANY, DEFENDANT-INSURANCE CARRIER

No. 696A84

(Filed 3 June 1986)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) of the
decision of a divided panel of the Court of Appeals (*Judge Hill*
with *Judge Hedrick* concurring and *Judge Webb* dissenting)
reported at 71 N.C. App. 409, 322 S.E. 2d 443 (1984), affirming a
workers' compensation award by the Industrial Commission.

*Jerry Rutledge for plaintiff appellee.*

*Tuggle, Duggins, Meschan & Elrod, P.A., by Richard L. Van-
ore and J. Reed Johnston, Jr. for defendant appellants.*

PER CURIAM.

Affirmed.

Justice BILLINGS took no part in the consideration or decision
of this case.